NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Balady, | No. CV-16-03460-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Life Insurance Company, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation For Dismissal (Doc. 17), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 17). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 7th day of February, 2017.

Honorable John J. Tuchi
United States District Judge